

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Leon Franklin, III, Appellant

No. 06-13-00019-CR        v.

State of Texas, Appellee

Appeal from the County Court at Law No 3 of Smith County, Texas (Tr. Ct. No. 003-84329-11).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the inclusion of attorney's fees.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robert Leon Franklin, III, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk